# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | E 2498017 | Lusk | L4546 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/31/2024 2342
Offense Charged: ☐ CFR ☐ USC ☒ State Code
Offense: NCGS 20-141(j1)

Place of Offense: I-295 / All American Expy.

Offense Description: Factual Basis for Charge
Speed 108 mph / 65 mph

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Murgas Montoya | Felipe | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ~~Forfeiture Amount~~ |
| PAY THIS AMOUNT AT | + ~~$30 Processing Fee~~ |
| www.cvb.uscourts.gov → | $ ~~Total Collateral Due~~ |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature



Original - CVB Copy

:25-mj-01078-BM    Document 1    Filed 01/28/25    Page

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __31 Dec__, 20__24__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

LOCATION: I-295/All American Expy
VEHICLE: 2017 Nissan Maxima
DRIVER: Margus Montoya, Felipe
DIRECTION: North
At 2342 hrs, 31 Dec 24, while conducting speed enforcement, I observed the listed vehicle traveling at a high rate of speed which I visually estimated to be above the posted speed limit. The speed was verified by RADAR to be 108 mph in a 65 mph zone. The speed limit sign was dually erected and maintained in accordance with M.U.T.C.D. The vehicle was traveling with wanton disregard for the safety of others and was competing in a speed competition. The driver listed above was apprehended and an open container identified in the drivers door.
Attitude: Cooperative
Traffic: Light
Weather: Clear
Roadway: Dry Pavement

The foregoing statement is based upon:

[✓] my personal observation  [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __12/31/2024__ _[signature]_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge